NUMBER 13-07-139-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________

 

ALI INTERNATIONAL, INC., MIGUEL

MALDONADO, AND ALI CARMEN CO., Appellants,


v.



BAY, LTD., Appellee. 

_________________________________________________________ 

 

On appeal from the 105th District Court 


of Nueces County, Texas.


______________________________________________________________ 


 MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellants, Ali International, Inc., Miguel Maldonado, and Ali Carmen Co., perfected
an appeal from a judgment entered by the 105th District Court of Nueces County, Texas,
in cause number 04-1812-D, wherein Accion Logistica Integral, S.C., appeared incorrectly
identified as Ali Carmen Co. Appellants have filed a motion to dismiss the appeal on
grounds that the parties have reached an agreement to settle and compromise their
differences. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellants' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and filed 

this the 13th day of March, 2008.